UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:23-cv-642-WWB-DCI

JACOB PALMQUIST,

    Plaintiff,

v.

OFFI ISLAND WING ROLLING OAKS,
LLC and JOHN D. WEISSFISCH,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JACOB PALMQUIST ("Plaintiff") and Defendants, OFFI ISLAND WING ROLLING OAKS, LLC, and JOHN D. WEISSFISCH ("Defendants"), (Plaintiff and Defendants collectively referred to as the "Parties"), pursuant to the Middle District of Florida Local Rules, hereby file this Joint Notice of Settlement and advise the Court that the Parties have reached a resolution of Plaintiff's claims and intend to file the appropriate dismissal papers within 14 days.

Dated: June 27, 2023

                                                        Respectfully Submitted,

| /s/ *Jordan Richards* | /s/ *Adam Herman* |
|---|---|
| JORDAN RICHARDS, ESQ. | ADAM HERMAN, ESQ. |
| Florida Bar No. 108372 | Florida Bar No. 0146961 |
| USA EMPLOYMENT LAYWERS - JORDAN RICHARDS PLLC | THE ORLANDO LAW GROUP, PL |
| 1800 SE 10th Ave. Suite 205 | 12200 W. Colonial Dr. Suite 100 |
| Fort Lauderdale, Florida 33316 | Winter Garden, Florida 34787 |
| Tel: (954) 871-0050 | Tel: (407) 512-4394 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing motion was filed through CM/ECF this 27th day of June 2023 and served on the counsel listed below.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQ.
Florida Bar No. 108372

## SERVICE LIST

**ADAM C. HERMAN, ESQUIRE**
Florida Bar No. 0146961
aherman@theorlandolawgroup.com
rtish@theorlandolawgroup.com
sromero@theorlandolawgroup.com
THE ORLANDO LAW GROUP, PL
12200 W. Colonial Dr. Suite 100
Winter Garden, FL 34787
Tel: (407) 512-4394
*Counsel for Defendants*